UNITED STATES, Appellee

v

FRANCIS J. SMITH, JR., Private First Class,
U. S. Army, Appellant

12 USCMA 594, 31 CMR 180

No. 15,228

December 22, 1961

*Captain Vernon C. Maulson* argued the cause for Appellant, Accused. With him on the brief were *Lieutenant Colonel Ralph W. Wofford* and *First Lieutenant Ira M. Lechner.*

*First Lieutenant Carl F. Wrench* argued the cause for Appellee, United

States. With him on the brief were *Lieutenant Colonel James G. Mc-Conaughy* and *Major Francis M. Cooper.*

## Opinion of the Court

QUINN, Chief Judge:

The issue in this case is the same as that presented in United States v Kitchens, 12 USCMA 589, 31 CMR 175. For the reasons set out in our opinion in that case, we set aside the decision of the board of review as to the sentence. The record of trial is returned to The Judge Advocate General of the Army for submission to a board of review. In its discretion, the board of review may reassess the sentence as indicated in the *Kitchens* case, supra, or direct a rehearing thereon.

Judges FERGUSON and KILDAY concur.